FILED
2021 Oct-04 AM 11:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| COREY JOHNSON, AIS #159228, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:19-CV-00015-HNJ |
| ANTWON KENDRICK et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Defendant in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, by and through counsel Amardo Wesley Pitters, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Benjamin H. Albritton
Assistant Attorney General
Attorney for the Defendants

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300 (T)
334-353-8400 (F)
Ben.Albritton@AlabamaAG.gov

Amardo Wesley Pitters
Attorney for Plaintiff

OF COUNSEL:

A WESLEY PITTERS PC
P.O. Box 1973
Montgomery, AL 36102
334-265-3333 (T)
334-265-3411 (F)
Email: awpitters@pitterslawfirm.com